_____ Priority
_____ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

1  Dennis J. Hayes, Esq., Bar No. 123576
2  **Olins, Foerster & Hayes**
   Attorneys at Law
3  1314 West Fifth Street
   Santa Ana, California 92703
   Telephone (714) 836-9777
4  Facsimile: (714) 954-1156

LODGED
CLERK, U.S. DISTRICT COURT

935A

SEP 1 3 2000

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

5  Attorneys For Plaintiffs
6
7
8  # ORIGINAL
9

FILED

SEP 1 3 2000

CLERK, U.S. DISTRICT CO 1.
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

10  ## UNITED STATES DISTRICT COURT

11  ## CENTRAL DISTRICT OF CALIFORNIA

12

13  PATRICK ARONSON, et al.,                )  Case No. 99-12363 ABC (RNBx)
                                           )
14       Plaintiffs,                        )  [~~PROPOSED~~] SETTLEMENT
                                           )  AGREEMENT SUBMITTED FOR
15       v.                                 )  COURT APPROVAL; ORDER
                                           )  THEREON
16  COUNTY OF SAN BERNARDINO, et al.,       )
                                           )
17       Defendants.                        )

18                          I. INTRODUCTION

19       The instant action is brought under the Fair Labor Standards Act, 29 U.S.C.

20  § 201-219 ("FLSA") to recover overtime wages and for injunctive relief. Plaintiffs are

21  seventy-three (73) current and former employees of the County of San Bernardino

22  ("County") who are or were employed in the capacity of a Social Service Practitioner

23  ("SSP").

24       On or about November 29, 1999, Plaintiffs brought the above-captioned action

25  against Defendants County of San Bernardino ("County"), Department of Children's

26  Services, Department of Aging and Adult Services, Department of Behavioral Health

27  (hereinafter collectively referred to as "Defendants"), seeking injunctive relief and to

28  recover overtime wages, allegedly caused by the failure of Defendants to compensate

ENTERED ON ICMS
SEP 1 5 2000

1

1  Plaintiffs at one and one-half times Plaintiffs' regular rate for hours worked in excess of

2  forty (40) hours per week, in violation of Section 7 of the FLSA.

3      The Defendants defended the action, in part, on the basis that Plaintiffs were

4  exempt as professional employees and not entitled to the rights, protections and

5  benefits provided under the FLSA.  Defendants also raised other defenses not set forth

6  herein.

7      Desiring to settle the matter, the parties jointly retained the Honorable J.

8  Lawrence Irving, Judge, U.S. District Court (Ret.) to serve as the mediator.  The parties

9  submitted mediation briefs, and thereafter, engaged in a full day mediation on June 8,

10  2000.  During the mediation, Judge Irving had extensive discussions with three of the

11  plaintiffs, their attorney, Dennis J. Hayes, Chris Prato, General Manager of the the San

12  Bernardino Public Employee Association ("SBPEA"), the exclusive representative of the

13  Plaintiffs for the purposes of bargaining pursuant to the Meyers-Milias-Brown Act, Gov.

14  Code § 3500, *et seq.*, Deputy County Counsel Carol Greene, and several of

15  Defendants' supervisors.

16      At the conclusion of the mediation, the parties were in total disagreement on

17  virtually all issues, so it was agreed that Judge Irving make a settlement

18  recommendation.  Judge Irving's recommendation, as set forth in his correspondence

19  of June 9, 2000, was that the 73 plaintiffs be paid 20 months of "recorded on the

20  clock time" through June 30, 2000.  The parties understood that "recorded on the

21  clock time" meant time Plaintiffs worked in excess of 40 hours per week which the

22  Plaintiffs claimed but for which they were compensated by the County at their regular

23  hourly rate rather than at one and one-half times their regular rate.  The

24  recommendation was to pay Plaintiffs one and one-half times their regular rate for such

25  hours worked.  To the extent that Plaintiffs were already paid at their normal hourly

26  rate for such overtime hours, the County would pay an additional amount being the

27  difference between their normal hourly rate and one and one-half times their regular

28  rate.  To the extent that Plaintiffs accrued compensatory time for such overtime hours,

but for which no compensation was paid, the County would pay Plaintiffs an hourly rate equal to one and one-half times their current rate.  The parties understood that in the event they adopted Judge Irving's recommendations, there would be no payment for unrecorded hours worked in excess of forty (40) hours per week .  The settlement was conditioned on the agreement of plaintiffs having claims for a minimum of 80% of the recorded on the clock time and approval of the United States District Court.

Pursuant to a request by the County, the County and SBPEA reopened negotiations, and thereafter, entered into an agreement to pay to Social Service Practitioners, including those Plaintiffs still employed by the County in that capacity, one and one-half times their regular rate for hours worked in excess of forty (40) hours per week, commencing on July 1, 2000.  This increase in the payment of overtime for Social Service Practitioners was approved by the SBPEA and by the County's Board of Supervisors on June 27, 2000; and as a result of such approval, the agreement regarding future overtime payment was made a part of the Memorandum of Understanding now in effect between the parties.

After the SBPEA and the County had tentatively agreed to the increase in payment for overtime hours set forth above, Plaintiffs having claims for a minimum of 80% of the recorded on the clock time agreed to accept the recommendation of Judge Irving.      The County Board of Supervisors also agreed to Judge Irving's recommendations.

Now therefore, in consideration of the mutual promises of the parties hereto and the mutual benefits to be gained by the performance hereof, and without making any admissions concerning the validity of the claims brought in the above-captioned action, the parties have entered into this Proposed Settlement Agreement which is hereby submitted to the Court for approval.

## II.  TERMS OF PROPOSED SETTLEMENT AGREEMENT

1.      **Settlement Payment**

99-12363 ABC (RNBx)

Defendants agree to pay Plaintiffs for overtime hours worked and claimed during the period of time from November 1, 1998, through June 30, 2000, at the rate of one and one-half times their hourly rate in effect at the time such hours were worked, rather than payment of overtime hours as compensatory time at the straight time rate. This payment will only include payment for those hours that recorded on the County's payroll system during this twenty-month period as compensatory time, and will not include any unrecorded hours.

To the extent that Plaintiffs were already paid at their normal hourly rate for such overtime hours, the County would pay an additional amount being the difference between their normal hourly rate and one and one-half times their normal hourly rate. To the extent that Plaintiffs have recorded compensatory time accrued but for which no compensation has been received, the County will pay Plaintiffs for all such accrued compensatory time at an hourly rate equal to one and one-half times their current rate.

**2.** **Court Approval**

This Proposed Settlement Agreement is submitted to this Court for approval. The Proposed Settlement Agreement's terms are not binding on any party hereto, unless and until the Court approves all of said terms. Upon obtaining that approval, the Plaintiffs will dismiss the above-captioned action.

**3.** **All Parties Responsible For Their Own Attorneys Fees and Costs**

All parties shall be responsible for their own attorneys fees and costs incurred in all pending or contemplated actions, including, but not limited to, the action referenced above in Paragraph A of this Settlement Agreement.

**4.** **Release**

Except as herein provided, the parties to this Settlement Agreement hereby unconditionally, irrevocably and absolutely release and discharge each other, their officers, attorneys, employees, agents, successors or assigns or any related or subsidiary departments or organizations, from any and all loss, liability, claims, demands, causes of action, or suit of any type related directly or indirectly or in any

99-12363 ABC (RNBx)

1  way to any claims for overtime compensation that now exist.  Plaintiffs herein are

2  waiving their right to compensation for any overtime hours that were allegedly worked

3  but not recorded during the November 1, 1998, through June 30, 2000, time period,

4  and their right to seek liquidated damages plus attorneys' fees and court costs as

5  allowed under the FLSA.

6      **5.**   **General Provisions**

7        5.1   This document contains the entire agreement between the parties

8  and there have been no other promises, inducements or agreements not expressed in

9  this  Settlement  Agreement,  and  all  prior  or  contemporaneous  agreements,

10  understandings, representations, and statements, whether oral or written, and whether

11  by a party or such party's legal counsel, are merged herein.

12        5.2   Nothing in this Settlement Agreement should be construed as an

13  admission of any liability or wrongdoing by anyone.

14        5.3   All persons executing this Settlement Agreement on behalf of a

15  public entity hereby represent and warrant, for the benefit of each of the other parties,

16  that such person is duly and legally authorized by such entity to execute this

17  Settlement Agreement and to perform, on behalf of such entity, all of the such entity's

18  duties and obligations hereunder.  Such representations and warranties shall survive full

19  execution of and performance under this Settlement Agreement.

20        5.4   In the event that any provision of this Settlement Agreement is

21  found to be illegal or otherwise unenforceable, the remaining provisions shall remain in

22  effect and enforceable, it being the intention of the parties that any invalid provisions

23  are severable.

24        5.6   If any action at law or in equity, including an action for declaratory

25  or injunctive relief, is brought to enforce or interpret the provisions of this Settlement

26  Agreement, the prevailing party or parties shall be entitled to their reasonable

27  attorney's fees and court costs.

28

5

99-12363 ABC (RNBx)

1      5.7    This Settlement Agreement may be executed in several counterparts

2  and all counterparts so executed shall constitute one agreement which shall be binding

3  on all of the parties hereto, notwithstanding that all of the parties are not signatory to

4  the original or the same counterpart.

5      5.8    This Settlement Agreement shall be effective on the date when the

6  last party executes his or her counterpart, as shown by the date next to the party's

7  signature below.

8  Dated: July 20, 2000

9
                                                    By: _____
10
                                                    **ROBERT McDONALD**
11                                                  Acting Assistant County Administrator
                                                    for Social Services, County Of San
12                                                  Bernardino on behalf of Defendants
                                                    County of San Bernardino, Department
13                                                  of Children's Services, Department of
                                                    Aging   and   Adult   Services,   and
14                                                  Department of Behavioral Health

15

16

17
   **APPROVED AS TO FORM AND CONTENT:**
18
   Dated: August 4, 2000
19                                                  OLINS, FOERSTER & HAYES
20
                                                    By: _____
21                                                  DENNIS J. HAYES, Esq.
                                                    Attorneys for the Plaintiffs
22

23

24
   Dated: July 31, 2000
25                                                  OFFICE OF COUNTY COUNSEL,
                                                    COUNTY OF SAN BERNARDINO
26
                                                    By: _____
27                                                  CAROL GREENE, Esq.
                                                    Deputy County Counsel
28                                                  Attorneys for Defendants

6

99-12363 ABC (RNBx)

1

2 Dated: 7/13/00

3

4 By: PaTrick Aronson                    Patrick Aronson

PRINT NAME                          SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2    Dated:  7-11-00

3

4    By:  MARISOL ARREOLA-FLORES          SIGNATURE
        PRINT NAME

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2    Dated: 7/17/2000

3

4    By: Dee Anne Ashley          Dee Ashley
         PRINT NAME                   SIGNATURE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2   Dated: 7/10/00

3

4   By: C. LEANN ASHLOCK
       PRINT NAME                          SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

99-12363 ABC (RNBx)

1

2 Dated: _7-18-00_

3

4 By:_Joellen Atkinson_                _[signature]_
PRINT NAME                          SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

99-12363 ABC (RNBx)

Dated: _O 7-12-200_____

By: _MARY L. BaKeR_____          _____
        PRINT NAME                      SIGNATURE

1

2   Dated: _July 13, 2000_

3

4   By: _MARY R. BENNETT_          _Mary R. Bennett_
         PRINT NAME                      SIGNATURE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

Dated:  7/11/00

By:  Debra L. Billings
PRINT NAME

SIGNATURE

1
2   Dated:   7-16-00
3
4   By: _NANCY M. BOTTORFF_
        PRINT NAME                    SIGNATURE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7

1

2  Dated: 8-21-2000

3

4  By: *Elizabeth Brian*              *Elizabeth Brian*
       PRINT NAME                        SIGNATURE

5

6

7

8

9

10

11

12

13                            S.B.P.L.

14                         AUG 2 1 2000

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

Dated: 7-13-00

By: _Alicia Broussard_
    PRINT NAME              SIGNATURE

99-12363 ABC (RNBx)

1

2    Dated: 7/11/00

3

4    By: Karen Brower - Cohen          Karen Brower - Cohen
         PRINT NAME                         SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2    Dated: _July 17, 2000_

3

4    By: _DIANE H. BROWN_                         _Diane H. Brown_
         PRINT NAME                                    SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   Dated: ___7-12-00___

3

4   By: __JANET D. BUNDY__          __[signature]__

5          PRINT NAME                     SIGNATURE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

99-12363 ABC (RNBx)

1

2  Dated: _7/13/00_____

3

4  By: _Lisa Clara_____        _____

5       PRINT NAME                     SIGNATURE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

Dated: _July 18, 2000_

By: _BRENDLYN C. N. CLARK_ _(signature)_
PRINT NAME                          SIGNATURE

7

1

2   Dated: _7/11/2000_.

3

4   By: _Marigrace A. Coneff, MSW_    _Marigrace A. Coneff, MSW_
       PRINT NAME                      SIGNATURE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

99-12363 ABC (RNBx)

Dated: _____

By: _Kimberly Curry_     _Kimberly Curry_
        PRINT NAME              SIGNATURE

99-12363 ABC (RNBx)

1

2   Dated:  7.25.2000

3

4   By:  Kari J. DeMayo                    Kari J.
         PRINT NAME                        SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2    Dated:    7-12-00

3

4    By: _B.J. d'Escalis_          _B.J. d' Escalis_
          PRINT NAME                    SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

99-12363 ABC (RNBx)

Dated:   7 - 11 - 00

By: _MICAELA  DOMINGUEZ_          _____
          PRINT NAME                        SIGNATURE

Dated: July 11, 2000

By: MARIANNE DOWNING
PRINT NAME                    SIGNATURE

99-12363 ABC (RNBx)

Dated: _7-12-00_

By: _Kathrene Dumas_          _Kathrene Barman_
     PRINT NAME                     SIGNATURE

99-12363 ABC (RNBx)

1

2 Dated: 7/17/00

3

4 By: ANNette Dussett          Annette Dussett
       PRINT NAME                    SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

99-12363 ABC (RNBx)

1

2  Dated: _7/11/00_

3

4  By: _PATRICIA   K. EGAN_          _Patricia  K. Egan_
       PRINT NAME                              SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2   Dated:  7-  17-00

3

4   By:  Sharon Ehnig                    Sharon Ehnig
          PRINT NAME                        SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   Dated: _8-10-00_____

3

4   By: _LINDA ENRIQUEZ-GEANT_     _Linda Enriquez-Geant_____
          PRINT NAME                        SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

Dated: 7/18/2000

By: R. MARLENE EVANS
     PRINT NAME

                                    SIGNATURE

7

1.

2. Dated: _July 11, 2000_

3.

4. By: _Lori-anne Frasca_          _Lori-anne Frasca_
          PRINT NAME               SIGNATURE

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.

99-12363 ABC (RNBx)

1

2   Dated:   7/18/00

3

4   By:   BETH GILL

PRINT NAME                          SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

99-12363 ABC (RNBx)

Dated: _July 11, 2000_

By: _Karen L. Graham_          _Karen L. Graham_
PRINT NAME                    SIGNATURE

1

2    Dated:    07-11-00

3

4    By:  ARThUR  B.  GuTierrez       Arthur B. Guti

         PRINT NAME                    SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2   Dated: _____7/11/2000_____

3

4   By: _____Gale Hale_____        _____Sull?_____
           PRINT NAME                    SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   Dated: 7-28-00

3

4   By: _Suzanne Hall_          _Suzanne Hall_
        PRINT NAME                    SIGNATURE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

Dated: _7-14-00_

By: _Cynthia Hayes_
     PRINT NAME                  SIGNATURE

7

Dated: 7 – 11 – 00

By: Harun Hazim
   PRINT NAME

SIGNATURE

99-12363 ABC (RNBx)

1

2   Dated: 7 - 13 - 00

3

4   By: Hope Henry
        PRINT NAME                    SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2  Dated: _7-11-00_

3

4  By: _ROZANNE HUG_  _____

       PRINT NAME          SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2
Dated: _July 13, 2000_

3

4
By: _Kimberly Johnson_
    PRINT NAME                                    SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2   Dated: _07-19-2000_

3

4   By: _Michael E. Lee_          _Mike Lee_
        PRINT NAME                   SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2    Dated: __7/13/00__

3

4    By: __SUSAN  C. LEGG__        __Susan C. Legg__
           PRINT NAME                    SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2   Dated: _____ 7/11/00 _____

3

4   By: _BARBARADEE LETOURNEAU_   _Barbaradee Letourneau_
        PRINT NAME                SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2      Dated: 7/11/00

3

4      By: _Janice L. Maxwell-Wilson_     _Janice L. Maxwell-Wilson_
           PRINT NAME                        SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1:

2   Dated: 7/11/00

3

4   By: Marilyn McClain        Marilyn McClain
         PRINT NAME                    SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   Dated: _7-/2-00_____

3

4   By: _Catherine C. McCurry_   _Catherine C. McCurry_

5        PRINT NAME                    SIGNATURE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   Dated: ___7/13/00___

3

4   By: ___Nita D McGee___        ___Nita D. McGee___
        PRINT NAME                    SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2    Dated:  7-21-00

3

4    By:  MARK S. MEIS                    Mark S. Meis
         PRINT NAME                          SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2   Dated: July 17-2000

3

4   By: SUSANNA P. MEJIA          Susanna P. Mejia
        PRINT NAME                    SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2   Dated: _7/11/00_____

3

4   By: _Deren Mikels_____        _[signature]_____

    PRINT NAME                        SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2    Dated: 7-15-00

3

4    By:  Debra A. Minor
         PRINT NAME                                SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                               99-12363 ABC (RNBx)

1

2     Dated: _July 18, 2000_

3

4     By: _Debbie Mullvain_          _Debbie Mullvain_
          PRINT NAME                      SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2      Dated: _____AUG 0 4 2000_____

3

4      By: _Margareth Naylor_           _____
           PRINT NAME                        SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

Dated: _7/14/00_

By: ___SHELRY  NEHER___
     PRINT NAME             SIGNATURE

RECEIVED
JUL 14 2000
S.B.P.E.A.

7

Dated: 7/12/00

By: Christina Nicoloro   *Christina Nicoloro*
PRINT NAME                SIGNATURE

7

Dated: 7-20-00

By: MARJORIE NIEMINGHAUS        _Marjie Nieminghaus_
PRINT NAME                       SIGNATURE

7

99-12363 ABC (RNBx)

1

2   Dated: 7-13-00

3

4   By: *Karen Perry*
         PRINT NAME                    SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2    Dated: _17 JULY 2000_

3

4    By: _FRANKLIN J. POMA_        _Franklin J Poma_
          PRINT NAME                      SIGNATURE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2   Dated: _____8/8/00_____

3

4   By: __Teresa Ramos_____
         PRINT NAME                    SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2   Dated: _July 10th 2000_

3

4   By: _Staci Richards_          _Staci Richards_

PRINT NAME                    SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2    Dated: 7/11/00

3

4    By: _Yolanda Riech_          _Yolanda Riech_
        PRINT NAME                    SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

Dated: 7-17-00

By: Helen J. Robinson
PRINT NAME

SIGNATURE

7

1

2   Dated: ___7_/_17_/00_____

3

4   By: ___Vernita Royal_____   ___Vernita Royal_____
         PRINT NAME                      SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2   Dated: _July 18, 2000_

3

4   By: _SUSAN A. SECHRIST_          _Susan A. Sechrist_

5        PRINT NAME                         SIGNATURE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2   Dated: 7-19-00 _____

3

4   By: _Trina Van Steenwyk_   _[signature]_
        PRINT NAME                SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2   Dated: 7/17/00

3

4   By: TRACY TRAMMELL LANE   Tracy Trammell Lane

    PRINT NAME                SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

99-12363 ABC (RNBx)

1

2   Dated: *July 11, 2000*

3

4   By: *Angela Valenti*
    PRINT NAME                    SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2   Dated: _July 11, 2000_

3

4   By: _Leola Vaughamakoia_ _____

      PRINT NAME                    SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

99-12363 ABC (RNBx)

1

2   Dated: _July 17, 2000_

3

4   By: _DAVID F. WEBER_     _David F. Weber_
       PRINT NAME                SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2     Dated: ___7/11/00_____

3

4     By: KATHLEEN WEST          _____
          PRINT NAME                      SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2    Dated: _____7/17/00_____

3

4    By: _Deborah Whittaker_              _Deborah Whittaker_
           PRINT NAME                          SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

99-12363 ABC (RNBx)

1

2   Dated: 7·12·00 _____

3

4   By: KRISTINE WORDEN     Kristine Worden
       PRINT NAME                  SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2      Dated: _July 11, 2000_

3

4      By: _BeHijane ZetfErberg_         _Bettyane Zetterberg_
           PRINT NAME                         SIGNATURE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

## ORDER APPROVING TERMS OF PROPOSED SETTLEMENT AGREEMENT

1.     The instant action is brought under the Fair Labor Standards Act, 29 U.S.C. § 201-219 ("FLSA") to recover overtime wages and for injunctive relief. Plaintiffs are seventy-three (73) current and former employees of the County of San Bernardino ("County") who are or were employed in the capacity of a Social Service Practitioner ("SSP").

2. The parties hereto have entered into a Proposed Settlement Agreement whereby Defendants agree to pay Plaintiffs for overtime hours worked and claimed during the period of time from November 1, 1998, through June 30, 2000, at the rate of one and one-half times their hourly rate in effect at the time such hours were worked, rather than payment of overtime hours as compensatory time at the straight time rate.  This payment will only include payment for those hours that recorded on the County's payroll system during this twenty-month period as compensatory time, and will not include any unrecorded hours.

To the extent that Plaintiffs were already paid at their normal hourly rate for such overtime hours, the County would pay an additional amount being the difference between their normal hourly rate and one and one-half times their normal hourly rate. To the extent that Plaintiffs have recorded compensatory time accrued but for which no compensation has been received, the County will pay Plaintiffs for all such accrued compensatory time at an hourly rate equal to one and one-half times their current rate. The full text of the Proposed Settlement Agreement has been fully reviewed by this Court and is previously set forth herein.

3.     This Court has scrutinized said Proposed Settlement Agreement for fairness and finds that it reflects a reasonable compromise of disputed issues.

4.     This Court further finds that there was a bona fide dispute existing between Plaintiffs and Defendants regarding the compensation Plaintiffs were paid by Defendants for hours worked in excess of forty (40) hours per week.  The contentions

99-12363 ABC (RNBx)

1  of each of the parties under the FLSA are partially set forth in the Proposed Settlement

2  Agreement.

3         5.     This Court finds that the compensation to be paid by Defendants to

4  Plaintiffs is in full settlement of all disputed issues between the parties and that the

5  releases entered into under the terms of the Proposed Settlement Agreement were

6  knowingly and voluntarily made by the parties.

7         6.     All of the foregoing terms of the Proposed Settlement Agreement, having

8  been found fair and reasonable by this Court, are incorporated by reference into this

9  Order of Dismissal, in full.

10        7.     All of the terms of said Proposed Settlement Agreement are approved.

11  Dated:_____Sept 13, 2000

12

13  _____

United States District Court Judge

14

unions\sbpea\flsa\pleading\set_stip2

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9